**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1825**

———————

MARTIN A. AMICK, Employee,

                              Plaintiff - Appellant,

        versus

ASPLUNDH TREE EXPERT COMPANY,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., District Judge.  (CA-96-528-2)

———————

Submitted:  November 18, 1997      Decided:  November 26, 1997

———————

Before HAMILTON, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Martin A. Amick, Appellant Pro Se. Robin Elizabeth Shea, CONSTANGY, BROOKS & SMITH, Winston-Salem, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendant's motion for summary judgment and dismissing Appellant's claims of retaliatory discharge and intentional infliction of emotional distress. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Amick v. Asplundh Tree Expert Co., No. CA-96-528-2 (M.D.N.C. May 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED